# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138622(48)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                            SC: 138622
                                            COA: 281940

AJENE MARK JORDAN,
      Defendant-Appellant.

                                            St Clair CC: 07-000192-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 28, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk

y1214